(Rev. 11/99) Waiver of Detention Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 03 2014

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

Pedro Lucero

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 1:14-cr-00455

I, __Pedro Lucero__, charged in: (an indictment, complaint, petition) with __Conspiracy, Possession with Intent to Distribute, Phone Count__, Title __21__, U.S.C. __846, 841(a)(1) + (b)(1)(C), 843(b)__, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_____
Pedro Lucero
Defendant

3/3/14
Date

_____
Counsel for Defendant